UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAIMEON MOSLEY,

    Plaintiff,                                          Case No. 20-cv-10978

v                                                   Hon. Stephanie Dawkins Davis

S.T.C., INC., a Michigan corporation,

    Defendant.

| BLACKMORE LAW PLC | STARR, BUTLER, ALEXOPOULOS & STONER, PLLC |
|---|---|
| Angela C. Spears (P82653) | Joseph A. Starr (P47253) |
| Attorneys for Plaintiff | Ryan J. Koss (P79893) |
| 21411 Civic Center Dr., Ste. 200 | Attorneys for Defendant |
| Southfield, MI 48076 | 20700 Civic Center Dr., Ste. 290 |
| (248) 845-8594 | Southfield, MI 48076 |
| aspears@blackmorelawplc.com | (248) 554-2700 |
| | jstarr@starrbutler.com |
| | rkoss@starrbutler.com |

## **STIPULATED ORDER OF DISMISSAL**

The parties having stipulated to the dismissal of the above referenced cause of action with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above entitled cause be and is dismissed with prejudice and without costs, interest and attorney fees to any party.

    IT IS SO ORDERED.

                                                    s/Stephanie Dawkins Davis
                                                    Stephanie Dawkins Davis
Date: February 18, 2021                  U.S. District Judge

{00081958.DOCX}

Approved as to Form and Substance:

| | |
|---|---|
| /s/ Angela C. Spears | /s/ Ryan J. Koss |
| Angela C. Spears (P82653) | Ryan J. Koss (P79893) |
| Attorneys for Plaintiff | Attorney for Defendant |